Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIERA HAMPTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELL TRANSITIONS, LLC; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 2:26-cv-03547-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant Well Transitions, LLC will have up to and including December 9, 2026, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). This is the first request for an extension of this deadline. Additional time is needed because defense counsel has just entered the case and will need additional time to

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Lawrence W. Freiman, Esq.
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90104
Attorneys for Plaintiff

Scott M. Mahoney, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorney for Defendants

IT IS SO ORDERED.
Dated: November 19, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101